In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-245 CV


____________________



IN THE INTEREST OF L.R.G. AND H.R.G.






On Appeal from the 221st District Court


Montgomery County, Texas


Trial Cause No. 01-06-03568-CV






 MEMORANDUM OPINION 


 Justin Ray Goodson seeks to appeal the associate judge's report to the referring court. 
Tex. Fam. Code Ann. § 201.015 (Vernon 2002). The report is a temporary order not subject
to interlocutory appeal. Tex. Fam. Code Ann. § 109.002 (Vernon 2002). 

 On July 13, 2006, we informed the parties that our jurisdiction was not apparent from
the notice of appeal, and notified them that the appeal would be dismissed for want of
jurisdiction unless we received a response showing grounds for continuing the appeal. No
party objects to a dismissal.



 Accordingly, we hold the judgment from which the appellant appeals is interlocutory,
and the jurisdiction over this case is still vested in the trial court. This appeal is dismissed
for want of jurisdiction.

 APPEAL DISMISSED.

 ____________________________

 CHARLES KREGER

 Justice

 

Opinion Delivered August 24, 2006 

Before McKeithen, C.J., Gaultney and Kreger, JJ.